# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138759

In re BABY BOY MARZELL GROVE-
SHEALY, SHAMAR TONY GROVE-
PATRICK, and SHAWNTA´ COOPER-
GROVE, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

JIQUETTA TRINA GROVE, a/k/a,
JIQUETTA TRINI GROVE,
      Respondent-Appellant,

and

SEBASTIAN PATRICK,
      Respondent.
_____/

SC: 138759
COA: 286790
Wayne CC Family Division:
07-475632

      On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2009

_____
Clerk

d0505